IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STANLEY D. GILDERSLEEVE, :
:
    Plaintiff, :
:
v. : CIVIL ACTION 09-0505-M
:
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Stanley D. Gildersleeve and against Defendant Michael J. Astrue.

DONE this 8th day of March, 2010.

                      s/BERT W. MILLING, JR.
                      UNITED STATES MAGISTRATE JUDGE