IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STANLEY D. GILDERSLEEVE, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 09-0505-M
:
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be **GRANTED** and that Plaintiff's attorney, Byron A. Lassiter, be **AWARDED** an EAJA attorney's fee in the amount of $3,200.00. No costs are taxed.

DONE this 12th day of July, 2010.

                             s/BERT W. MILLING, JR.
                             UNITED STATES MAGISTRATE JUDGE